**BIG BRILL LEGAL GROUP, P.C.**                              Tel: (888) 315-9841 | www.brill-legal.com

Peter E. Brill
Rita Bonicelli
Harleigh Tensen
Of Counsel:
James Moschella

January 27, 2016

**VIA ECF**

Hon. Kathleen A. Tomlinson
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 28 2016 ★
LONG ISLAND OFFICE

Re:   *Boston v. County of Suffolk et. al.,* 14-CV-5791 (ADS)(AKT)

Dear Judge Tomlinson:

    This firm represents the Plaintiff in the above-captioned matter. Pursuant to the Court's January 25, 2016 order, and with the consent of Defendants' counsel, we hereby submit, for the Court's approval, the following proposed briefing schedule:

- Plaintiff's motion shall be served on or before February 8, 2016;

- Defendants' opposition shall be served on or before February 29, 2016;

- Plaintiff's reply shall be served on or before March 11, 2016; and

- ~~Defendants are accorded the right to a sur-reply without any further application as to any new arguments, materials and authorities raised for the first time in Plaintiff's reply. Defendants' sur-reply shall be served on or before March 18, 2016.~~ *AKT*

We thank the Court for its consideration of this proposed briefing schedule.

*Any new arguments or new materials introduced in a reply will not be considered by the Court.*

Respectfully submitted,

BRILL LEGAL GROUP, PC

By: Peter E. Brill

*Attorneys for Plaintiff*

**SO ORDERED**
/s/ A. Kathleen Tomlinson
**A. Kathleen Tomlinson
United States Magistrate Judge**
Date: Jan. 28, 2016
Central Islip, N.Y.

---

15 Maiden Lane
Suite 1500
New York, N.Y. 10038
|
150 Motor Parkway
Suite 401
Hauppauge, N.Y. 11788
|
64 Hilton Avenue
Hempstead, N.Y. 11550
|
67A Main Street
Suite 2
East Hampton, N.Y. 11937