**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
ROBERT BOSTON,

       Plaintiff,                                                                      **ORDER**

       -against-                                                                CV 14-5791 (ADS) (AKT)

SUFFOLK COUNTY, NEW YORK, et al.
---------------------------------------------------------------X

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

       The Court has reviewed Defendants' motion for a 45 day extension of time to reissue the subpoena of Dr. O'Shea. DE 70. The motion is GRANTED. If Dr. O'Shea still does not comply with the subpoena, counsel needs to file an immediate motion seeking to compel the doctor's compliance with the subpoena (not contempt which is premature until a motion to compel is filed), on notice, to her. The Court expects that there will be no delays in filing the motion if Dr. O'Shea does not show up for her deposition pursuant to a new subpoena.

                                                                         **SO ORDERED.**

Dated: Central Islip, New York
           March 30, 2018

                                                           /s/ A. Kathleen Tomlinson
                                                           A. KATHLEEN TOMLINSON
                                                           United States Magistrate Judge